IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; ABKCO MUSIC INC.; CAREERS-BMG MUSIC PUBLISHING INC.; RIGHTSONG MUSIC, INC.; PEERMUSIC III, LTD.; SONY/ATV SONGS, LLC d/b/a Sony/ATV Acuff Rose Music; CHRYSALIS STANDARDS, INC.; MIXED BAG MUSIC, INC.; SONGS OF UNIVERSAL, INC.; NORMAN GIMBEL, d/b/a New Thunder Music Co.,<br><br>Plaintiffs,<br><br>v.<br><br>M.C. ALLEN PRODUCTIONS, INC., d/b/a Radio Station KCNR-AM; MICHAEL R. QUINN,<br><br>Defendants. | 2:09-cv-00518-GEB-GGH<br><br><u>ORDER OF DISMISSAL</u> |

     This action is dismissed without prejudice since Plaintiff failed to respond to an OSC and agreed to dismissal of the action in a filing filed June 15, 2009.

Dated: June 16, 2009

                        GARLAND E. BURRELL, JR.
                        United States District Judge